arrived some time after the collision and after the cars had been moved. In our opinion the rejection of this evidence was not prejudicial error. The witness did not arrive on the scene until some considerable time after the collision and after the cars had been moved, and this being true, it is not likely that his testimony on these subjects, if admissible and if received, would have resulted in a different verdict.

We have carefully read the record and the charge of the court, and we find there is credible evidence to sustain the verdict for plaintiff, especially when considered with the defendant's own evidence above quoted, and that there was no error in the overruling of defendant's several motions for a verdict in his favor, nor prejudicial error in the charge of the court, and the judgment will therefore be affirmed.

Judgment affirmed.

RICHARDS and LLOYD, JJ, concur.

## SLAWSKI v SLAWSKI

Ohio Appeals, 6th Dist, Lucas Co

No 2987.   Decided · Nov 5, 1934

Hyman Topper, Toledo, for plaintiff in error.

Frank A. Carabin, Toledo, and Miss Mary E. Gillen, Toledo, for defendant in error.

For full opinion see 1 OO 201; 49 Oh Ap 100.

## JACKSON v FORD

Ohio Appeals, 2nd Dist, Fayette Co

No 222.   Decided Dec 31, 1934

